UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLOGG COMPANY and
KELLOGG USA, INC.,

    Plaintiffs,

v.

FPC FLEXIBLE PACKAGING CORP.,

    Defendant/Third-Party Plaintiff,

v.

THE INTERNATIONAL GROUP, INC.,

    Third-Party Defendant.

_____/

Case No.  1:11-cv-272

HONORABLE PAUL L. MALONEY

**ORDER TO FILE CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation.  A review of the docket for this case has revealed that third-party defendant The International Group, Inc. not filed the requisite disclosure.

    IT IS HEREBY ORDERED that third-party defendant The International Group, Inc. shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date:   June 24, 2011

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge